IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BRANDON CALLIER, | : |
|     Plaintiff, | : |
| v. | :    CASE NO.: 1:21-CV-131 (LAG) |
| SUMMIT HORIZON FINANCIAL SERVICES, LLC, *et al.*, | : |
|     Defendants. | : |

**ORDER**

    Before the Court is Plaintiff's Motion to Dismiss with Prejudice (Doc. 4), which the Court construes as a notice of voluntary dismissal. Therein, Plaintiff represents that the Parties have "resolved their case" and Plaintiff moves to voluntarily dismiss with prejudice the above captioned case. (*Id.*). Pursuant to Federal Rule of Civil Procedure 41(a), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no Defendant has served an answer or any dispositive motion, the action is **DIMISSED with prejudice** and Plaintiff's Motion (Doc. 4) is **DENIED as moot**.

    **SO ORDERED**, this 14th day of September, 2021.

                                          /s/ Leslie A. Gardner
                                          **LESLIE A. GARDNER, JUDGE**
                                          **UNITED STATES DISTRICT COURT**