IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BRANDON CALLIER, | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-131 (LAG) |
| | * |
| SUMMIT HORIZON FINANCIAL SERVICES, LLC, et al., | * |
| Defendants. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 14, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of September, 2021.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk